UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC -4 P 1: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| **JOSE RAMIREZ** ) | |
| ) | |
| **v.** ) | CIVIL NO. |
| ) | |
| **KATHLEEN M. DENNEHY, ACTING** ) | **03 - 40281** |
| **COMMISSIONER MASS. DEPT. OF** ) | |
| **CORRECTIONS** ) | |

## NOTICE OF APPEARANCE

Please enter an appearance for the under-signed counsel on behalf of the petitioner, Jose

Ramirez, in connection with his Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. §

2254.

Respectfully submitted,
JOSE RAMIREZ,
By his attorney,

_____
Alan D. Campbell
B.B.O. #634188
P.O. Box 131
Brookline, MA  02446
(617) 735-8913

Dated:  December 4, 2003