**Alan D. Campbell**
Attorney at Law
P.O. Box 131
Brookline, MA 02446
(617) 735-8913

December 16, 2003

Docket Clerk
Harold D. Donohue Federal Bldg. & Courthouse
595 Main Street
Worcester, MA 01608

     RE:   **Ramirez v. Dennehy**
               **Docket # 03-cv-40281-NMG**

Dear Sir/Madam:

    Enclosed please find a copy of the Plaintiff's "Inmate Transaction Report". This report supplements his previously filed Motion for Leave to Proceed in Forma Pauperis.

    Thank you.

                         Sincerely yours,

                         Alan D. Campbell

ADC:wp

Enclosure

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION

### Inmate Transaction Report

Date :   20031204 10:41

| | | | |
|---|---|---|---|
| Commit# : | W66225 | NCCI GARDNER | Page : 1 |
| Name : | RAMIREZ, JOSE, , | Statement From 20030501 | |
| Inst : | NCCI GARDNER | To   20031204 | |
| Block : | THOMPSON-2 | | |
| Cell/Bed : | 232 /B | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Peri | $495.29 | $400.23 | $818.93 | $225.90 |
| 20030502 13:47 | IC - Transfer from Inmate to Club A/c | 1072518 | | GAR | -PHOTO PURCHASE-INMATE BENEFIT - Z1 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20030507 23:01 | PY - Payroll | 1087854 | | GAR | -20030420 To 20030426 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20030507 23:01 | PY - Payroll | 1087855 | | GAR | -20030420 To 20030426 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20030509 09:19 | IS - Interest | 1098418 | | GAR | | $0.12 | $0.00 | $0.00 | $0.00 |
| 20030509 09:19 | IS - Interest | 1098419 | | GAR | | $0.00 | $0.00 | $0.86 | $0.00 |
| 20030514 23:01 | PY - Payroll | 1126142 | | GAR | -20030427 To 20030503 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20030514 23:01 | PY - Payroll | 1126143 | | GAR | -20030427 To 20030503 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20030521 23:02 | PY - Payroll | 1148794 | | GAR | -20030504 To 20030510 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20030521 23:02 | PY - Payroll | 1148795 | | GAR | -20030504 To 20030510 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20030528 23:03 | PY - Payroll | 1171849 | | GAR | -20030511 To 20030517 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20030528 23:03 | PY - Payroll | 1171850 | | GAR | -20030511 To 20030517 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20030529 10:38 | IC - Transfer from Inmate to Club A/c | 1176641 | | GAR | -HAIR CUT 5/30/03-HAIRCUT REVENU - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20030604 22:30 | CN - Canteen | 1193071 | | GAR | -Canteen Date : 200306 | $0.00 | $30.95 | $0.00 | $0.00 |
| 20030604 23:02 | PY - Payroll | 1198412 | | GAR | -20030518 To 20030524 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20030604 23:02 | PY - Payroll | 1198413 | | GAR | -20030518 To 20030524 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20030610 16:22 | IS - Interest | 1226596 | | GAR | | $0.15 | $0.00 | $0.00 | $0.00 |
| 20030610 16:22 | IS - Interest | 1226597 | | GAR | | $0.00 | $0.00 | $0.92 | $0.00 |
| 20030611 23:03 | PY - Payroll | 1249880 | | GAR | -20030525 To 20030531 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20030611 23:03 | PY - Payroll | 1249881 | | GAR | -20030525 To 20030531 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20030618 23:03 | PY - Payroll | 1279682 | | GAR | -20030601 To 20030607 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20030618 23:03 | PY - Payroll | 1279683 | | GAR | -20030601 To 20030607 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20030625 23:02 | PY - Payroll | 1307299 | | GAR | -20030608 To 20030614 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20030625 23:02 | PY - Payroll | 1307300 | | GAR | -20030608 To 20030614 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20030703 09:56 | PY - Payroll | 1338271 | | GAR | -20030615 To 20030621 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20030703 09:56 | PY - Payroll | 1338272 | | GAR | -20030615 To 20030621 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20030709 16:11 | IS - Interest | 1360421 | | GAR | | $0.13 | $0.00 | $0.00 | $0.00 |
| 20030709 16:11 | IS - Interest | 1360422 | | GAR | | $0.00 | $0.00 | $0.82 | $0.00 |
| 20030709 23:03 | PY - Payroll | 1379374 | | GAR | -20030622 To 20030628 | $7.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $219.63 | $190.95 | $223.23 | $1.50 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20031204 10:41

| | | | | |
|---|---|---|---|---|
| Commit# : | W66225 | | NCCI GARDNER | Page :2 |
| Name : | RAMIREZ, JOSE. , | Statement From 20030501 | | |
| Inst : | NCCI GARDNER | To  20031204 | | |
| Block : | THOMPSON-2 | | | |
| Cell/Bed : | 232 /B | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20030709 23:03 | PY - Payroll | 1379375 | | GAR | -20030622 To 20030628 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20030710 15:36 | IC - Transfer from Inmate to Club A/c | 1384313 | | GAR | -HAIR CUT 7/11/03-HAIRCUT REVENU - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20030716 23:03 | PY - Payroll | 1409089 | | GAR | -20030629 To 20030705 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20030716 23:03 | PY - Payroll | 1409090 | | GAR | -20030629 To 20030705 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20030718 10:52 | IC - Transfer from Inmate to Club A/c | 1418489 | | GAR | -PHOTO FURCHASE-INMATE BENEFIT - Z1 | $0.00 | $4.50 | $0.00 | $0.00 |
| 20030723 23:03 | PY - Payroll | 1437839 | | GAR | -20030706 To 20030712 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20030723 23:03 | PY - Payroll | 1437840 | | GAR | -20030706 To 20030712 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20030730 23:03 | PY - Payroll | 1465969 | | GAR | -20030713 To 20030719 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20030730 23:03 | PY - Payroll | 1465970 | | GAR | -20030713 To 20030719 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20030806 23:01 | PY - Payroll | 1494045 | | GAR | -20030720 To 20030726 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20030806 23:01 | PY - Payroll | 1494046 | | GAR | -20030720 To 20030726 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20030807 15:30 | IS - Interest | 1503233 | | GAR | | $0.16 | $0.00 | $0.00 | $0.00 |
| 20030807 15:30 | IS - Interest | 1503234 | | GAR | | $0.00 | $0.00 | $0.87 | $0.00 |
| 20030813 23:02 | PY - Payroll | 1539059 | | GAR | -20030727 To 20030802 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20030813 23:02 | PY - Payroll | 1539060 | | GAR | -20030727 To 20030802 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20030820 23:03 | PY - Payroll | 1567388 | | GAR | -20030803 To 20030809 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20030820 23:03 | PY - Payroll | 1567389 | | GAR | -20030803 To 20030809 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20030827 22:30 | CN - Canteen | 1591488 | | GAR | -Canteen Date : 200308 | $0.00 | $21.84 | $0.00 | $0.00 |
| 20030827 23:04 | PY - Payroll | 1596269 | | GAR | -20030810 To 20030816 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20030827 23:04 | PY - Payroll | 1596270 | | GAR | -20030810 To 20030816 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20030903 23:01 | PY - Payroll | 1619922 | | GAR | -20030817 To 20030823 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20030903 23:01 | PY - Payroll | 1619923 | | GAR | -20030817 To 20030823 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20030909 15:08 | AT - Account Transfer | 1637891 | | GAR | -HAIR CUT 8/29/03-W662 RAMIREZ,JOSE  PERSONA | $1.50 | $0.00 | $0.00 | $1.50 |
| 20030909 15:08 | IC - Transfer from Inmate to Club A/c | 1637892 | | GAR | -HAIR CUT 8/29/03-HAIRCUT REVENU - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20030910 07:52 | IS - Interest | 1646389 | | GAR | | $0.19 | $0.00 | $0.00 | $0.00 |
| 20030910 07:52 | IS - Interest | 1646390 | | GAR | | $0.00 | $0.00 | $0.87 | $0.00 |
| 20030910 23:04 | PY - Payroll | 1667156 | | GAR | -20030824 To 20030830 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20030910 23:04 | PY - Payroll | 1667157 | | GAR | -20030824 To 20030830 | $0.00 | $0.00 | $7.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20031204 10:41

| | | | | | | |
|---|---|---|---|---|---|---|
| Commit# | : | W66225 | | NCCI GARDNER | | Page : 3 |
| Name | : | RAMIREZ, JOSE, , | | Statement From 20030501 | | |
| Inst | : | NCCI GARDNER | | To    20031204 | | |
| Block | : | THOMPSON-2 | | | | |
| Cell/Bed : | | 232 /B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20030917 22:30 | CN - Canteen | 1691408 | | GAR | -Canteen Date : 200309 | $0.00 | $22.05 | $0.00 | $0.00 |
| 20030917 23:04 | PY - Payroll | 1696728 | | GAR | -20030831 To 20030906 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20030917 23:04 | PY - Payroll | 1696729 | | GAR | -20030831 To 20030906 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20030924 23:04 | PY - Payroll | 1725504 | | GAR | -20030907 To 20030913 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20030924 23:04 | PY - Payroll | 1725505 | | GAR | -20030907 To 20030913 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20030926 10:46 | IC - Transfer from Inmate to Club A/c | 1735478 | | GAR | -Photo Purchase-INMATE BENEFIT - Z1 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20031001 23:04 | PY - Payroll | 1754057 | | GAR | -20030914 To 20030920 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20031001 23:04 | PY - Payroll | 1754058 | | GAR | -20030914 To 20030920 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20031003 16:04 | IC - Transfer from Inmate to Club A/c | 1764253 | | GAR | -Haircut Fee-HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20031008 16:56 | IS - Interest | 1781801 | | GAR | | $0.18 | $0.00 | $0.00 | $0.00 |
| 20031008 16:56 | IS - Interest | 1781802 | | GAR | | $0.00 | $0.00 | $0.90 | $0.00 |
| 20031008 23:05 | PY - Payroll | 1799082 | | GAR | -20030921 To 20030927 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20031008 23:05 | PY - Payroll | 1799083 | | GAR | -20030921 To 20030927 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20031015 22:30 | CN - Canteen | 1821958 | | GAR | -Canteen Date : 200310 | $3.00 | $20.00 | $0.00 | $0.00 |
| 20031015 23:04 | PY - Payroll | 1826970 | | GAR | -20030928 To 20031004 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20031015 23:04 | PY - Payroll | 1826971 | | GAR | -20030928 To 20031004 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20031022 23:04 | PY - Payroll | 1855535 | | GAR | -20031005 To 20031011 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20031022 23:04 | PY - Payroll | 1855536 | | GAR | -20031005 To 20031011 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20031030 14:56 | PY - Payroll | 1889509 | | GAR | -20031012 To 20031018 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20031030 14:56 | PY - Payroll | 1889510 | | GAR | -20031012 To 20031018 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20031105 22:30 | CN - Canteen | 1909502 | | GAR | -Canteen Date : 200311 | $0.00 | $19.58 | $0.00 | $0.00 |
| 20031105 23:06 | PY - Payroll | 1916296 | | GAR | -20031019 To 20031025 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20031105 23:06 | PY - Payroll | 1916297 | | GAR | -20031019 To 20031025 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20031107 15:39 | IC - Transfer from Inmate to Club A/c | 1923755 | | GAR | -HAIR CUT 11/7/03-HAIRCUT REVENU - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20031107 16:26 | IS - Interest | 1926877 | | GAR | | $0.20 | $0.00 | $0.00 | $0.00 |
| 20031107 16:26 | IS - Interest | 1926878 | | GAR | | $0.00 | $0.00 | $0.99 | $0.00 |
| 20031110 15:50 | IC - Transfer from Inmate to Club A/c | 1942932 | | GAR | -Appliance Order-CANTE CORP. WASH ACCOUNT - Z | $0.00 | $26.25 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :   20031204 10:41

| | | |
|---|---|---|
| Commit# : | W66225 | |
| Name : | RAMIREZ, JOSE, , | |
| Inst : | NCCI GARDNER | |
| Block : | THOMPSON-2 | |
| Cell/Bed : | 232 /B | |

NCCI GARDNER

Statement From 20030501

To   20031204

Page : 4

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20031112 23:06 | PY - Payroll | 1959940 | | GAR | ~20031026 To 20031101 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20031112 23:06 | PY - Payroll | 1959941 | | GAR | ~20031026 To 20031101 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20031118 22:30 | CN - Canteen | 1975842 | | GAR | -Canteen Date : 200311 | $0.00 | $29.28 | $0.00 | $0.00 |
| 20031119 23:07 | PY - Payroll | 1989282 | | GAR | ~20031102 To 20031108 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20031119 23:07 | PY - Payroll | 1989283 | | GAR | ~20031102 To 20031108 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20031126 23:07 | PY - Payroll | 2022565 | | GAR | ~20031109 To 20031115 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20031126 23:07 | PY - Payroll | 2022566 | | GAR | ~20031109 To 20031115 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20031203 23:07 | PY - Payroll | 2045156 | | GAR | ~20031116 To 20031122 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20031203 23:07 | PY - Payroll | 2045157 | | GAR | ~20031116 To 20031122 | $0.00 | $0.00 | $7.00 | $0.00 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date | $123.74 | $814.76 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $123.74 | $814.76 | $0.00 | $0.00 | $0.00 | $0.00 |