UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>JOSE RAMIREZ</u>
        Petitioner,

v.

<u>STEVEN J. O'BRIEN, SUPERINTENDENT</u>
        Respondent.

Civil Action
No. 03-40281-NMG

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES

Having considered the petitioner's Application to Proceed Without Prepayment of Fees and Affidavit under 28 U.S.C. § 1915;

☒ In accordance with Fed. R. Civ. P. 5(e), the clerk filed this Section 2254 petition and assigned it Civil Action No. 03-40281-NMG.

It is ORDERED that:

☒ The application to proceed without prepayment of fees is DENIED for the following reason:
    Petitioner indicates on his Application to Proceed Without Prepayment of Fees that he has approximately $75 in his prison canteen account and $700 in savings. Petitioner's Inmate Account Statement (Docket No. 3) indicates that petitioner has $123.74 in his institutional personal account and $814.76 in his institutional savings account.

☒ It is FURTHER ORDERED that petitioner must pay the $5.00 filing fee within 42 days of the date of this Order, or this action will be subject to dismissal for failure to pay the filing fee.

☒ It is FURTHER ORDERED that the Clerk enter the habeas petition on the docket with a filing date of December 4, 2003.

12/31/03
DATE

NATHANIEL M. GORTON
UNITED STATES DISTRICT JUDGE

(ifphabe.ord - 9/20/96)                                                                [oifphc.]