UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JAN 29  P 12: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |
|---|---|---|
| JOSE RAMIREZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-40281-NMG |
| | ) | |
| STEVEN J. O'BRIEN, | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel for the respondent, Steven J.

O'Brien.

Respectfully submitted,

Dated:  January 28, 2004

THOMAS F. REILLY
ATTORNEY GENERAL


Natalie S. Monroe (BBO No. 562383)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200, ext. 2833

## Certificate of Service

I hereby certify that on January 28, 2004, I caused a copy of the above document to be served by first-class mail, postage prepaid, upon counsel for the petitioner, Alan D. Campbell, Esq., P.O. Box 131, Brookline, Massachusetts 02446.

Natalie S. Monroe