UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

Check if previously referred _____

Ramirez, _____

        V.        CA/CR No.  03-40281

O'Brien, _____    Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge Swartwood for the following proceedings:

☐     (A)     Referred for full pretrial case management, including all dispositive motions.

☐     (B)     Referred for full pretrial case management, <u>not</u> including dispositive motions:

☐     (C)     Referred for discovery purposes only.

X     (D)     Referred for Report and Recommendation on:

        ( ) Motion(s) for injunctive relief
        ( ) Motion(s) for judgment on the pleadings
        ( ) Motion(s) for summary judgment
        ( ) Motion(s) to permit maintenance of a class action
        ( ) Motion(s) to suppress evidence
        (X) Motion(s) to dismiss
        ( ) Post Conviction Proceedings[1]
        See Documents Numbered: 9

       (E)     Case referred for events only. See Doc. No(s). _____

☐     (F)     Case referred for settlement.

☐     (G)     Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
        ( ) In accordance with Rule 53, F.R.Civ.P.
        ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

       (H)     Special Instructions: _____

9/1/04                                            By: /s/ Martin Castles
Date                                                  Deputy Clerk