UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE RAMIREZ,<br><br>    Petitioner,<br><br>v.<br><br>STEVEN J. O'BRIEN,<br><br>    Respondent. | Civil Action No. 03-40281-NMG |

## MOTION FOR LEAVE TO WITHDRAW NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(c), the undersigned counsel hereby requests leave to withdraw her appearance as counsel of record for the respondent. As grounds for this motion, counsel states that she is leaving the Office of the Attorney General. A notice of appearance on behalf of successor counsel will be filed when this matter is administratively reassigned to another assistant attorney general in the Criminal Bureau.

WHEREFORE, leave to withdraw should be allowed.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Natalie S. Monroe (BBO # 562383)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200, ext. 2833

Dated: January 5, 2004