UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE RAMIREZ,<br><br>Petitioner,<br><br>v.<br><br>STEVEN J. O'BRIEN,<br><br>Respondent. | Civil Action No. 03-40281-NMG |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Respondent, Steven O'Brien, the Superintendent of the North Central Correctional Institution, in the above-entitled habeas corpus action.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: January 20, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2005, I caused a copy of the above Notice of Appearance to be served by first-class mail, postage prepaid, upon counsel for the petitioner, Alan D. Campbell, Esq., P.O. Box 131, Brookline, Massachusetts 02446.

Eva M. Badway