UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE RAMIREZ,<br>Petitioner,<br>v.<br><br>STEVEN J. O'BRIEN,<br>Respondent. | CIVIL ACTION NO. 03-40281-FDS |

## PETITIONER'S MOTION FOR A STAY

Pursuant to this Court's order of March 24, 2005, the Petitioner hereby moves for a stay of these proceedings on the ground that he has this day filed for habeas review of Ground One — that the admission of hearsay violated the Petitioner's confrontation rights under the United States Constitution — in the state court. Per the same order, counsel will promptly inform this Court of any relevant rulings by any state courts and shall further file a report on or before July, 1, 2005, setting forth the status of Mr. Ramirez's state petition.

Respectfully submitted,
JOSE RAMIREZ,
By his attorney,

Alan D. Campbell
B.B.O. #634188
P.O. Box 131
Brookline, MA 02446
(617) 735-8913

Dated: April 14, 2005

## Rule 7.1 Certification

I hereby certify that I conferred with the Respondent's counsel, Eva M. Badway, by telephone on April 14, 2005. The parties were unable to resolve or narrow the issues presented in this motion for a stay.

_____
Alan D. Campbell

## Certificate of Service

I hereby certify that on April 14, 2005, I caused a copy of the above document to be served by first-class mail, postage prepaid, upon counsel for the Respondent, Eva M. Badway, AAG, Criminal Bureau, One Ashburton Place, Boston, MA 02108.

_____
Alan D. Campbell