UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSE RAMIREZ,<br>    Petitioner,<br>v.<br><br>STEVEN J. O'BRIEN,<br>    Respondent. | CIVIL ACTION NO. 03-40281-FDS |

## PETITIONER'S STATUS REPORT AND REQUEST FOR CONTINUED STAY

On April 14, 2005, Petitioner moved for a stay of these proceedings on the ground that he has filed for habeas review of Ground One — that the admission of hearsay violated the Petitioner's confrontation rights under the United States Constitution — in the state court. The stay was allowed. The state court clerk's office has forwarded the pleadings to the trial court who will ultimately decide the petition. The trial judge has not yet decided the motion or indicated when he will do so. An assistant District Attorney has been assigned the case by the Office of the District Attorney for Hampden County. Accordingly, as the state court petition is still under advisement, the Petitioner requests that the stay entered in the case at bar by this Court be continued.

                                                            Respectfully submitted,
                                                            JOSE RAMIREZ,
                                                            By his attorney,

                                                            Alan D. Campbell
                                                           B.B.O. #634188
                                                           P.O. Box 131
                                                          Brookline, MA 02446
                                                          (617) 735-8913

Dated: July 27, 2005

## Certificate of Service

I hereby certify that on July 27, 2005, I caused a copy of the above document to be served by first-class mail, postage prepaid, upon counsel for the Respondent, Eva M. Badway, AAG, Criminal Bureau, One Ashburton Place, Boston, MA 02108.

_____
Alan D. Campbell