UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE RAMIREZ,<br>    Petitioner,<br>v.<br><br>STEVEN J. O'BRIEN,<br>    Respondent. | CIVIL ACTION NO. 03-40281-FDS |

## PETITIONER'S STATUS REPORT AND REQUEST FOR CONTINUED STAY

On April 14, 2005, Petitioner moved for a stay of these proceedings on the ground that he has filed for habeas review of Ground One — that the admission of hearsay violated the Petitioner's confrontation rights under the United States Constitution — in the state court. The stay was allowed. The petitioner reports that the state court petition was denied by the trial court and the petitioner has timely filed a notice of appeal. The case has not yet been docketed in the Appeals Court. Accordingly, as the state court petition has not yet reached final judgement, the Petitioner requests that the stay entered in the case at bar by this Court be continued.

Respectfully submitted,
JOSE RAMIREZ,
By his attorney,

_/s/ Alan D. Campbell_
Alan D. Campbell
B.B.O. #634188
P.O. Box 131
Brookline, MA 02446
(617) 735-8913

Dated: October 14, 2005

## Certificate of Service

I hereby certify that on October 14, 2005, I caused a copy of the above document to be served by first-class mail, postage prepaid, upon counsel for the Respondent, Eva M. Badway, AAG, Criminal Bureau, One Ashburton Place, Boston, MA 02108.

_____
Alan D. Campbell