UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE RAMIREZ,<br>    Petitioner,<br>v.<br><br>STEVEN J. O'BRIEN,<br>    Respondent. | CIVIL ACTION NO. 03-40281-FDS |

## PETITIONER'S STATUS REPORT AND REQUEST FOR CONTINUED STAY

On April 14, 2005, Petitioner moved for a stay of these proceedings on the ground that he has filed for habeas review of Ground One — that the admission of hearsay violated the Petitioner's confrontation rights under the United States Constitution — in the state court. The stay was allowed. The petitioner reports that since the submission of his last status report, the case has been entered in the Appeals Court and he has filed his opening brief. The Commonwealth has not filed its brief yet. Accordingly, as the state court petition has not yet reached final judgement, the Petitioner requests that the stay entered in the case at bar by this Court be continued.

                                                      Respectfully submitted,
                                                      JOSE RAMIREZ,
                                                      By his attorney,

                                                      /s/ Alan D. Campbell
                                                      Alan D. Campbell
                                                      B.B.O. #634188
                                                      P.O. Box 131
                                                      Brookline, MA  02446
                                                      (617) 735-8913

Dated:  March 30, 2006

## Certificate of Service

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 30, 2006.

                                          /s/ Alan D. Campbell  
                                          Alan D. Campbell