UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE RAMIREZ,<br>　　Petitioner,<br>v.<br><br>STEVEN J. O'BRIEN,<br>　　Respondent. | )<br>)<br>)<br>)　CIVIL ACTION NO. 03-40281-FDS<br>)<br>)<br>)<br>) |

**PETITIONER'S STATUS REPORT AND REQUEST FOR CONTINUED STAY**

On April 14, 2005, Petitioner moved for a stay of these proceedings on the ground that he has filed for habeas review of Ground One — that the admission of hearsay violated the Petitioner's confrontation rights under the United States Constitution — in the state court. The stay was allowed. The petitioner reports that since the submission of his last status report, the briefing has been completed. However, the Appeals Court has not scheduled oral arguments or issued its decision. Accordingly, as the state court petition has not yet reached final judgement, the Petitioner requests that the stay entered in the case at bar by this Court be continued.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　JOSE RAMIREZ,
　　　　　　　　　　　　　　　　　　　By his attorney,


　　　　　　　　　　　　　　　　　　　 /s/ Alan D. Campbell
　　　　　　　　　　　　　　　　　　　Alan D. Campbell
　　　　　　　　　　　　　　　　　　　B.B.O. #634188
　　　　　　　　　　　　　　　　　　　P.O. Box 131
　　　　　　　　　　　　　　　　　　　Brookline, MA  02446
　　　　　　　　　　　　　　　　　　　(617) 735-8913

Dated:  August 12, 2006

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 12, 2006.

                                            /s/ Alan D. Campbell  
                                            Alan D. Campbell