

THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

MARTHA COAKLEY
ATTORNEY GENERAL

March 12, 2007

(617) 727-2200
www.ago.state.ma.us

Mr. Martin Castles
Courtroom Clerk
The Honorable F. Dennis Saylor
United States District Court
Donohue Federal Building
595 Main Street
Worcester, Massachusetts 01608

    RE:    **Jose Ramirez v. Steven J. O'Brien**,
               U.S.D.C. Civil Action No. 03-40281

Dear Mr. Castles:

    Enclosed for filing in the above-referenced case are the respondent's exhibits attached to the opposition to the motion to amend. The following are included:

1. Docket Sheets, *Commonwealth v. Ramirez*, HDCR 01675.

2. Docket Sheets, *Commonwealth v. Ramirez*, Massachusetts Appeals Court No. 2005-P-1691.

3. *Commonwealth v. Ramirez*, 67 Mass. App. Ct. 1120, 859 N.E.2d 456 (2006).

4. Docket Sheets, *Commonwealth v. Ramirez*, FAR-15951.

Thank you for your assistance.

                                    Sincerely,

                                    Eva M. Badway
                                    Assistant Attorney General
                                    (617) 727-2200, ext 2824

Enclosures

cc: Alan D. Campbell, *Esq.*

**EXHIBIT 1**

# Commonwealth of Massachusetts
# HAMPDEN SUPERIOR COURT
## Case Summary
## Criminal Docket

## Commonwealth v Ramirez, Jose

Details for Docket: HDCR1998-01675

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | HDCR1998-01675 | **Caption:** | Commonwealth v Ramire Jose |
| **Entry Date:** | 08/26/1998 | **Case Status:** | Crim 1 CtRm 1 |
| **Status Date:** | 02/15/2007 | **Session:** | Disposed (appeal denied) |
| **Lead Case:** | NA | **Deadline Status:** | |
| **Trial Deadline:** | | **Jury Trial:** | NO |

## Parties Involved

6 Parties Involved in Docket: HDCR1998-01675

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Alias defendant name |
| **Last Name:** | Lassu | **First Name:** | George |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Alias defendant name |
| **Last Name:** | Rodriguez | **First Name:** | Jose |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Alias deft name |
| **Last Name:** | Lassu | **First Name:** | George |
| **Address:** | | **Address:** | |

| | | | |
|---|---|---|---|
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Alias deft name |
| **Last Name:** | Rodriguez | **First Name:** | Jose |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Ramirez | **First Name:** | Jose |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Commonwealth | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

2 Attorneys Involved for Docket: HDCR1998-01675

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | Campbell | **First Name:** | Alan D |
| **Address:** | PO Box 131 | **Address:** | |
| **City:** | Brookline | **State:** | MA |
| **Zip Code:** | 02446 | **Zip Ext:** | |
| **Telephone:** | 617-735-8913 | **Tel Ext:** | |

| | | | |
|---|---|---|---|
| **Fascimile:** | | **Representing:** | Ramirez, Jose (Defendant) |
| **Attorney Involved:** | | **Firm Name:** | HAMP02 |
| **Last Name:** | Julian | **First Name:** | Marcia B |
| **Address:** | 50 State Street | **Address:** | Hall of Justice |
| **City:** | Springfield | **State:** | MA |
| **Zip Code:** | 01102 | **Zip Ext:** | |
| **Telephone:** | 413-452-1109 | **Tel Ext:** | |
| **Fascimile:** | 413-731-2432 | **Representing:** | Commonwealth, (Plaintiff) |

## Calendar Events

No Calendar Events found for Docket: HDCR1998-01675.

There are currently no calendar events associated with this case.

## Full Docket Entries

14 Docket Entries for Docket: HDCR1998-01675

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 09/18/2003 | | Status at conversion to computer September 18, 2003 (see docket book |
| 09/18/2003 | | for other entries) |
| 09/18/2003 | 20 | Appearance of Deft's Atty: Alan D Campbell (as to 98-1675 & 76 for |
| 09/18/2003 | 20 | limited purpose of screening) |
| 11/04/2004 | | Exhibits returned to Charles Dolan (pleading #33 in 98-1676) |
| 04/19/2005 | 21 | Motion by Deft: New Trial Motion N.4/21/05 |
| 04/19/2005 | 22 | Appearance of Deft's Atty: Alan D Campbell |
| 04/20/2005 | 23 | Appearance of Commonwealth's Atty: Marcia B Julian |
| 09/28/2005 | | Motion (P#21) denied See Order this date (McDonald,J.) N. 9/30/05 |
| 09/28/2005 | 24 | ORDER (McDonald,J.) N. 9/30/05 |
| 10/17/2005 | 25 | NOTICE of APPEAL FILED by Jose Ramirez N.11/21/05 |
| 11/21/2005 | 26 | Notice of assembly of record; mailed to Appeals Court per Rule 9(d) |
| 11/30/2005 | 27 | Notice of Entry of appeal received from the Appeals Court |
| 02/15/2007 | 28 | Rescript received from Appeals Court; judgment AFFIRMED |

## Charges

2 Charges for Docket: HDCR1998-01675

| No. | Charge Description: | Indictment: | Status: |
|-----|---------------------|-------------|---------|
| 1 | COCAINE, TRAFFICKING IN c94C s32E(b) | HDCR1998-01676 | Guilty verdi |
| 2 | Class B Substance, distrib/manufact 2nd/subsqnt offense | | Dismissed |

© Copyright, Massachusetts Administrative Office of the Trial Court, 2000 - 2001.

**EXHIBIT 2**

# Supreme Judicial Court and Appeals Court of Massachusetts
## Public Case Information



- Home
- Case Search
  - Docket Number
  - **Involved Party**
  - Attorney Appearance
  - Lower Court
  - Lower Court Judge
- Court Calendars
- Help & Site Info
- Helpful Links
- Privacy Policy

Bottom >

## APPEALS COURT
### Panel Cases
### Case Docket

**COMMONWEALTH vs. JOSE RAMIREZ**
2005-P-1691

### CASE HEADER

| | | | |
|---|---|---|---|
| Case Status | Closed: Rescript issued | Status Date | 02/07/2007 |
| Nature | CRIMINAL | Entry Date | 11/22/2005 |
| Sub-Nature | Den new trial/Traffic Cl-B | SJ Number | |
| Appellant | Defendant | Case Type | Criminal |
| Brief Status | | Brief Due | |
| Panel | Cypher, Grasso, Kafker, JJ. | Argued/Submitted | 11/30/2006 |
| Citation | 67 Mass. App. Ct. 1120 | Decision Date | 12/18/2006 |
| Lower Court | Hampden Superior Court | TC Number | |
| Lower Ct Judge | C. Brian McDonald, J. | TC Entry Date | 08/26/1998 |
| FAR Number | FAR-15951 | SJC Number | |

### ADDITIONAL INFORMATION
FAR docket number is FAR-15951.

### INVOLVED PARTY

**Commonwealth**
Plaintiff/Appellee
Red brief filed
1 Extension, 63 Days

**Jose Ramirez**
Defendant/Appellant
Blue brief & appendix filed
1 Extension, 56 Days

### ATTORNEY APPEARANCE

Jane Davidson Montori, A.D.A.
Marcia B. Julian, A.D.A.

Alan D. Campbell, Esquire

### DOCKET ENTRIES

| Entry Date | Paper | Entry Text |
|---|---|---|
| 11/22/2005 | | Prior A.C. cases involving same parties: 1991-P-0706, 1993-P-1695, 2000-P-1754. |
| 11/22/2005 | | Transcripts received: NONE |
| 11/22/2005 | #1 | Entered. |
| 11/22/2005 | | Notice of entry sent. |
| 01/05/2006 | #2 | MOTION to extend brief & appendix due date, filed by Jose Ramirez. |
| 01/05/2006 | | RE#2: Extension to 02/28/2006 granted for filing of brief of Jose Ramirez, Defendant/Appellant. *Notice to counsel. |
| 03/01/2006 | #3 | SERVICE of brief & appendix for Defendant/Appellant Jose |

| | | |
|---|---|---|
| | | Ramirez. |
| 04/03/2006 | #4 | MOTION to extend brief due date of Commonwealth. |
| 04/04/2006 | | RE#4: Extension to 06/02/2006 granted for filing of brief of Commonwealth, Plaintiff/Appellee. *Notice. |
| 06/02/2006 | #5 | SERVICE of brief for Plaintiff/Appellee Commonwealth. |
| 10/23/2006 | | Placed on November non-argument list. |
| 11/30/2006 | | Under consideration by Panel. (C GR KF). |
| 12/18/2006 | #6 | Decision: Rule 1:28 (C GR KF). Order denying motion for new trial affirmed. *Notice. (See image on file.) |
| 01/09/2007 | | Copy of FAR application of Jose Ramirez. |
| 02/05/2007 | | FAR DENIED (on 02/01/07). |
| 02/07/2007 | | RESCRIPT to Trial Court. |

< Top

As of 02/08/2007 01:0:

© 2001 RSI

(2007-03-12 13:26:53)

**EXHIBIT 3**

**Westlaw.**

859 N.E.2d 456                                                                                                        Page 1

67 Mass.App.Ct. 1120, 859 N.E.2d 456, 2006 WL 3721950 (Mass.App.Ct.)
**(Cite as: 67 Mass.App.Ct. 1120, 859 N.E.2d 456)**

**H**
Briefs and Other Related Documents
Com. v. RamirezMass.App.Ct.,2006.NOTICE: THIS IS AN UNPUBLISHED OPINION.
Appeals Court of Massachusetts.
COMMONWEALTH,
v.
Jose RAMIREZ.
**No. 05-P-1691.**

Dec. 18, 2006.

*MEMORANDUM AND ORDER PURSUANT TO RULE 1:28*

*1 This is the defendant's second motion for a new trial. In *Commonwealth v. Ramirez*, 55 Mass.App.Ct. 224 (2002), we affirmed the defendant's conviction and the denial of his first new trial motion, holding that the erroneous admission of hearsay evidence (business cards and a health club receipt) was not prejudicial error. The defendant now appeals from the denial of his second motion for a new trial. He argues that the erroneous admission of this evidence violated his right to confrontation under the Sixth Amendment to the United States Constitution and that appellate counsel's failure to raise that claim in his first appeal constitutes ineffective assistance of counsel. He claims that the asserted ineffectiveness deprived him of a more favorable standard of review. We affirm.

*1 Preliminarily, we observe that the defendant's previous appellate counsel did argue that admission of the challenged evidence was error that should be reviewed under the harmless beyond a reasonable doubt standard. Indeed, in her affidavit in support of the current new trial motion, prior appellate counsel acknowledges that she argued that the error was not harmless beyond a reasonable doubt. She quibbles that she did not expressly raise the issue in Sixth Amendment terms. We fail to discern a meaningful distinction or a failure of appellate counsel. (R. 10-11)

*1 Passing over this, we agree with the Commonwealth that in any event the defendant has not shown that he received ineffective assistance of counsel. (Commonwealth's brief 14) The defendant's *trial counsel* did not raise or preserve the objection to admission of the evidence in constitutional terms. The "harmless beyond a reasonable doubt" standard applies where a constitutional objection is properly preserved. See *Commonwealth v. Galicia*, 447 Mass. 737, 746 (2006), and cases cited. Because the defendant's constitutional objection was not preserved *at trial*, on appeal we would review only to determine whether there was a substantial risk of a miscarriage of justice. *Ibid.* Our previous determination that the erroneous admission of the challenged evidence was not prejudicial error would also necessarily establish that there was no substantial risk of a miscarriage of justice. See *Commonwealth v. Ramirez*, 55 Mass.App.Ct. at 228.[FN1]

> FN1. Even at this juncture, the defendant advances no reasoned appellate argument supporting the contention that introduction of the business cards or the health club receipt bearing the name "George Lassu" violated Sixth Amendment confrontation principles as set forth in *Crawford v. Washington*, 541 U.S. 36 (2004). See Mass.R.A.P. 16(a)(4), as amended, 367 Mass. 921 (1975) (ipse dixit does not rise to the level of adequate appellate argument).

*1 Accordingly, any failure of previous appellate counsel to raise the alleged error in constitutional terms did not deprive the defendant of a heightened standard of review.[FN2]

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

859 N.E.2d 456                                                                                                                                    Page 2

67 Mass.App.Ct. 1120, 859 N.E.2d 456, 2006 WL 3721950 (Mass.App.Ct.)
**(Cite as: 67 Mass.App.Ct. 1120, 859 N.E.2d 456)**

> FN2. We note that the result would be no different under the harmless beyond a reasonable doubt standard. See *Commonwealth v. Donovan,* 58 Mass.App.Ct. 631, 642-643 (2003). Guilt depended substantially on whether the jury credited the codefendant Rodriguez's detailed testimony implicating the defendant as the "main man" or the defendant's theory that he was an innocent dupe. As detailed in the Commonwealth's brief at pages one through thirteen, the other evidence of the defendant's guilt was ample and the error was not significant enough to make plausible an inference that the result might have been different.

*1 *Order denying motion for new trial affirmed.*

Mass.App.Ct.,2006.
Com. v. Ramirez
67 Mass.App.Ct. 1120, 859 N.E.2d 456, 2006 WL 3721950 (Mass.App.Ct.)

Briefs and Other Related Documents (Back to top)

• 2006 WL 1832811 (Appellate Brief) Brief for the Commonwealth (May 31, 2006)
• 2005-P-1691 (Docket) (Nov. 22, 2005)

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# EXHIBIT 4

# Supreme Judicial Court and Appeals Court of Massachusetts
## Public Case Information



- Home
- Case Search
  - Docket Number
  - **Involved Party**
  - Attorney Appearance
  - Lower Court
  - Lower Court Judge
- Court Calendars
- Help & Site Info
- Helpful Links
- Privacy Policy

Bottom >

## SUPREME JUDICIAL COURT
### for the Commonwealth
### Case Docket

**COMMONWEALTH vs. JOSE RAMIREZ**
FAR-15951

### CASE HEADER

| | | | |
|---|---|---|---|
| **Case Status** | FAR denied | **Status Date** | 02/01/2007 |
| **Nature** | Crim: drug case | **Entry Date** | 01/09/2007 |
| **Appeals Ct Number** | 2005-P-1691 | **Opposition Date** | |
| **Appellant** | Defendant | **Applicant** | Defendant |
| **Citation** | 448 Mass. 1104 | **Case Type** | Criminal |
| **Full Ct Number** | | **TC Number** | |
| **Lower Court** | Hampden Superior Court | **Lower Ct Judge** | C. Brian McDonald, J. |

### INVOLVED PARTY / ATTORNEY APPEARANCE

**Commonwealth**
Plaintiff/Appellee

Jane Davidson Montori, A.D.A.

**Jose Ramirez**
Defendant/Appellant

Alan D. Campbell, Esquire

### DOCKET ENTRIES

| Entry Date | Paper | Entry Text |
|---|---|---|
| 01/09/2007 | | Docket opened. |
| 01/09/2007 | #1 | FAR APPLICATION of Jose Ramirez, filed by Alan D. Campbell, Esquire. |
| 02/01/2007 | #2 | DENIAL of FAR application. |

< Top

As of 03/01/2007 01:0:

© 2001 RSI

(2007-03-12 13:27:06)